

Filed
Clerk of Court
United States District Court
By Morgan Akins
On:_____4/13/2026_____

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

| | | |
|---|---|---|
| DESMOND DARNELL DANIELS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV 326-001 |
| | ) | |
| OFFICER JONES; UNIT MANAGER STRETCHER; RISK MANAGEMENT DIVISION, Department of Administrative Services; JOHNSON STATE PRISON; and CERT OFFICER JAMES LNU, | ) ) ) ) ) ) | |
| | ) | |
| Defendants. | ) | |

**O R D E R**

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which unsigned and untimely objections have been filed.[1]  (Doc. no. 17.)  The Magistrate Judge recommended dismissing the case because Plaintiff failed to truthfully disclose his prior filing history, including one case that is currently open in the Middle District of Georgia.  (See doc. no. 14.)  Indeed, the docket in Daniels v.

---

[1] Although not required to do so, the Court has considered the improper objections that were not signed or dated and arrived at the Court two weeks past the deadline for filing objections.  See Fed. R. Civ. P. 11(a) and Loc. R. 11.1 (requiring *pro se* litigants to sign all filings made with the Court).  Plaintiff also filed an unsigned "Amended Complaint," in which he states his desire to dismiss all Defendants but for Cert Officer James.  (Doc. no. 16.)  The Clerk of Court filed the document as a "Motion to Dismiss Defendants," but because the case is due to be dismissed as discussed herein, the technically deficient "motion" is **MOOT**.

West, et al., No. 1:23-cv-0212 (M.D. Ga. Dec. 14, 2023), reflects Plaintiff has been actively filing motions and responses in that case while also litigating the above-captioned case. Thus, as Plaintiff was making filings in a case that he failed to disclose in response to a straightforward question on the complaint form regarding other cases he had filed, his objection that he "was never dishonest in my filing history to the best of my knowledge" rings hollow.

Accordingly, the Court **OVERRULES** the objections and **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion. Therefore, the Court **DISMISSES** this case without prejudice as a sanction for abusing the judicial process, and **CLOSES** this civil action.

SO ORDERED this _15th_ day of April, 2026, at Augusta, Georgia.

UNITED STATES DISTRICT JUDGE

2